v.

**India Wilea MITCHELL, in her personal capacity; John Paul Solo, in his personal capacity; Metropolitan Washington Airports Authority; The County of Loudoun, Virginia, Defendants-Appellees.**

No. 16-2387

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 21, 2017

 104

J.L., Appellant Pro Se.

Morris Kletzin, I, Joseph Walter Santini, FRIEDLANDER MISLER, PLLC, Washington, D.C.; Courtney Renee Sydnor, Leesburg, Virginia, for Appellees.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

J.L. appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. J.L. v. Mitchell, No. 1:16-cv-00583-GBL-JFA, 2016 WL 4582052 (E.D. Va. Sept. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED